49 So.3d 1286 (2010)
Jean Moses BAPTISTE, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D10-3034.
District Court of Appeal of Florida, Third District.
December 29, 2010.
Jean Moses Baptiste, in proper person.
Bill McCollum, Attorney General, for appellee.
Before SHEPHERD and SALTER, JJ., and SCHWARTZ, Senior Judge.
PER CURIAM.
Affirmed. See Bermudez v. State, 603 So.2d 657 (Fla. 3d DCA 1992); Flores v. State, ___ So.3d ___, 2010 WL 2882465 (Fla. 4th DCA 2010).